JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of<br><br>BRIAN PELLENS, SCOTT MULLER, AND BLAIR ATWELL, as owners of a certain 1986 47' Hunter Monohull Sailboat bearing Hull Identification No. HUN45014C686, and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability.<br>　　　　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS<br>_____ | Case No. 2:17-cv-05924-MWF-GJS<br><br>ORDER DISMISSING ACTION<br><br>F.R.C.P. 41(a)(1) |

The Court, having reviewed the Stipulation of Dismissal With Prejudice executed by counsel for all parties, as well as the pleadings and other filings in this action, and good cause therefor appearing, it is therefore hereby

**ORDERED**, that this action be and hereby is dismissed with prejudice

**IT IS SO ORDERED**.

March 22, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE